W. P. Maloney, for appellant. W. A. Keener, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SULLIVAN, Respondent, v. BURGARD-WISE CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Thaddeus Sullivan against the Burgard-Wise Construction Company.

PER CURIAM. Judgment and order affirmed with costs.

WILLIAMS, J., dissents.

SUMMERS, Appellant, v. KOWSKY, Respondent. (Supreme Court, Appellate Division, Second Department. June 14, 1907.) Action by Benjamin Summers against Samuel Kowsky. No opinion. Interlocutory judgment affirmed, with costs.

SWARTS, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1907.) Action by, Fred L. Swarts, as, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

TALCOTT v. WALLACE et al. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by James Talcott against James N. Wallace and others. No opinion. Motion denied, with $10 costs. Settle order on notice.

TALCOTT, Appellant, v. WALLACE et al., Respondents. (Supreme Court, Appellate Division, First Department. June 21, 1907.) Action by James Talcott against James N. Wallace and others. J. L. Ward, for appellant. J. A. Garver, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TABLER, Respondent, v. AMERICAN SURETY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Susie B. Tatler against the American Surety Company, impleaded. W. H. Hamilton, for appellant. H. G. Kosch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TAYLOR, Respondent, v. BELL, Appellant. (Supreme Court, Appellate Division, Second Department. June 14 1907.) Action by Thomas J. Taylor against Edna Bell. No opinion. Motion to dismiss appeal denied, without costs.

TAYLOR et al., Respondents, v. HOPPER, Appellant. (Supreme Court, Appellate Division. First Department. June 7, 1907.) Action by George W. K. Taylor and others against Margaret D. Hopper. F. M. Avery, for appellant. A. Hayes, Jr., for respondents.

No opinion. Judgment affirmed, with costs. Order filed.

In re TERMINAL RY. OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) In the matter of the application of the Terminal Railway of Buffalo for an order of the Supreme Court, etc., in the towns of Cheektowaga and West Seneca. No opinion. Motions to dismiss appeals from the orders of the Special Term of the Supreme Court granted, with $10 costs. Motion to dismiss appeal from determination of board of railroad commissioners denied.

TERRY, Respondent, v. ALLEN, Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Emilio Terry against Ethan Allen, as executor. R. M. Morgan, for appellant. F. R. Coudert, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

THOMAS, Appellant, v. GUARANTY TRUST CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by John P. Thomas, Jr., as administrator, against the Guaranty Trust Company of New York. J. M. Harrington, for appellant. J. D. Henderson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

THOMPSON, Appellant, v. McCLELLAN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 21, 1907.) Action by Edward T. Thompson against George B. McClellan and others. C. J. Shearn, for appellant. T. Connoly, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

THURSTON, Appellant, v. TOWN OF ASHLAND et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Richard H. Thurston, as executor, etc., of Marcus M. Knowles, deceased, against the town of Ashland and others.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., not sitting.

TISDALL, Appellant, v. RIDER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by George F. Tisdall against Martin Rider and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

(120 App. Div. 899)
In re TOWN OF LIVINGSTON. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Appeal from Order of Columbia County Judge. In the matter of the submission of local option questions to the electors of the town of Livingston. From an order requiring the town clerk of the town to call a